UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Criminal Case No. 20-20175
        Honorable Linda V. Parker

ANGELO LAMAR SADLER,

        Defendant.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

In 2007, in the District Court for the Southern District of Florida, Defendant pleaded guilty to one count of possession with intent to distribute narcotics in violation of 21 U.S.C. § 841(A)(1). (ECF No. 1-2 at Pg ID 7.) The presiding judge then sentenced Defendant to a term of imprisonment of 120 months, followed by a five-year term of supervised released. (*Id.* at Pg ID 8-9.) On September 29, 2015, Petitioner was released from the custody of the Bureau of Prisons and transferred to the custody of the Michigan Department of Corrections. (ECF No. 3 at Pg ID 18.) Defendant remained in MDOC custody until February 25, 2020, at which time he began serving his federal supervised released term.

(*Id*.) Jurisdiction over his federal supervision was transferred to this District on March 24, 2020. (ECF No. 2.)

The matter is presently before the Court on Defendant's Motion for Early Termination of Supervised Released, filed March 12, 2021. (ECF No. 3.) The Government filed a response to the motion on May 3, 2021, indicating that it objects to Defendant's request because he has served only a little more than a year of his five-year supervised release term. (ECF No. 8.)

Pursuant to 18 U.S.C. § 3583(e), a district court has the discretion to terminate a term of supervised release after the defendant's completion of one year of his or her supervised release term. 18 U.S.C. § 3583(e)(1). The statute instructs that early termination of supervised release should occur only when the defendant's conduct and the interests of justice warrant such action. *Id*. As the Government acknowledges, many of the relevant factors weigh in favor of granting Defendant's request for early termination of his supervised release. (ECF No. 8 at Pg ID 31.)

Upon his release from custody, Defendant immediately obtained employment teaching Spanish online. That work was sporadic due to COVID-19, and so Defendant secured stable, full-time employment elsewhere. He has remained employed in that full-time position since October 1, 2020. Defendant also has a stable residence, is drug-free, and has abided by his reporting

2

requirements. Defendant has served more than a year of his supervised release term.

The requirements for early termination of Defendant's supervised release as set forth in § 3583(e) are satisfied and the Court finds that the interests of justice are served by now releasing Defendant from supervised release.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e) (ECF No. 3) is **GRANTED**.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 4, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 4, 2021, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager